]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LESLIE NACHMAN, | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-00319-MMD-PAL |
| vs. | ) | **ORDER** |
| REGENOCYTE WORLDWIDE, INC., et al., | ) | |
| Defendants. | ) | |

The count conducted a hearing on February 11, 2014, regarding the parties' Stipulation and Order to Extend Discovery Deadlines (Second Request) (Dkt. #51). Jason Gerber appeared on behalf of the Plaintiff, and Gabriel Grasso appeared on behalf of the Defendants. Counsel for Defendant Intecellular Sciences advised the court that he had recently been in contact with his client who had agreed to provide the information necessary to respond to Plaintiff's outstanding discovery requests, responses to which are long overdue. Plaintiff recently filed two motions to compel which may become moot if full and complete responses are provided. The time needed to complete discovery will be affected by the completeness of the overdue discovery responses, and/or whether the responses provide information that will require follow up discovery.

The court therefore indicated that it would set a hearing consistent with the completion of briefing on the motions to compel and address a discovery plan and scheduling order at the hearing.

**IT IS ORDERED** that:

1. A hearing on the Motions to Compel (Dkt. ##56, 59) is scheduled for **Tuesday, March 4, 2014, at 9:30 a.m., in Courtroom 3C.**

///

///

2. At the hearing the court will address the parties proposed extension of the discovery plan and scheduling order deadlines and enter an appropriate scheduling order.

Dated this 13th day of February, 2014.

_____
Peggy A. Leen
United States Magistrate Judge