UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LESLIE NACHMAN | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-00319-MMD-PAL |
| vs. | ) | **ORDER** |
| REGENOCYTE WORLDWIDE, INC., et al., | ) | (Mtn to Withdraw - Dkt. #71) |
| Defendants. | ) | |

This matter is before the court on the Motion to Withdraw as Counsel of Record (Dkt. #71) filed March 17, 2014. Gabriel L. Grasso seeks to withdraw as counsel of record for Defendant Intercellular Sciences, LLC. The Motion represents that counsel has lost contact with Defendant and its principal, Michael Calcaterra, and further representation would be an unreasonable financial burden on counsel. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." The Complaint (Dkt. #1) was filed in this case on February 26, 2013. Discovery in this case is now closed, and dispositive motions are due April 14, 2014.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw (Dkt. #71) is GRANTED.
2. A corporation cannot appear except through counsel. *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Therefore, Defendant Intercellular Sciences, LLC, shall have until **April 21, 2014,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice.

3. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

4. The Clerk of Court shall serve a copy of this Order on Defendant at:

Intercellular Sciences, LLC
Michael Calcaterra
13092 Sandy Key Bend #4
North Fort Meyers, FL 33903

Dated this 19th day of March, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE