AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Leslie Nachman

Plaintiff,

V.

Regenocyte Worldwide Inc., et al.,

Defendants,

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-00319-MMD-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiff Leslie Nachman. Intercellular and Regenocyte are liable for breach of their contract with Nachman and for damages in the amount of $49,950.00 All of the Defendants are liable to Nachman for his out of pocket damages arising from their fraudulent misrepresentations in the amount of $49,950.00. All Defendants are liable in the amount of $100,000.00 for punitive damages. Nachman is also entitled to interest and costs on these damages and may seek those costs pursuant to the Federal Rules of Civil Procedure.

October 21, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Shelly Denson

(By) Deputy Clerk